IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT THOMAS, | No. 2:14-CV-1897-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SHAFFER, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Final judgment of dismissal was entered on February 6, 2015, and plaintiff's appeal has been processed to the Ninth Circuit Court of Appeals.  Pending before the court in this closed action is plaintiff's motion (Doc. 15) for a certificate of appealability.  Because such a certificate is not necessary for plaintiff to appeal, plaintiff's motion is denied.

      IT IS SO ORDERED.

DATED: March 16, 2015

                                                                 CRAIG M. KELLISON
                                                                 UNITED STATES MAGISTRATE JUDGE